## MANERO v. STATE OF INDIANA.

[No. 13,702.   Filed April 2, 1929.]

*Earl A. Heffner*, for appellant.

ENLOE, C. J.—The transcript of the record in this cause was filed in the office of the clerk of this court on February 26, 1926, and an order of submission at once entered.   On April 8, 1926, the appellant asked for and was granted time, including June 11, 1926, within which to file her briefs herein.   No briefs have ever been filed.   Judgment affirmed.